(No. 74-CC-846—

SUE J. BOWLES, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

SUE J. BOWLES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-856—

AUBREY A. HICKAM, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

AUBREY A. HICKAM, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.